ACCEPTED
04-14-00918-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/10/2015 12:45:22 PM
KEITH HOTTLE
CLERK



## Bexar County Appellate Public Defender's Office

101 W. Nueva ✦ Paul Elizondo Tower – Suite 310 ✦ San Antonio, TX 78205
Phone: (210) 335-0701 ✦ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/10/2015 12:45:22 PM
KEITH E. HOTTLE
Clerk

February 10, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:     Gary Campbell v. State of Texas
> Appeal No. 04-14-00918-CR
> Cause No. 2013-CR-3125

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Gary Campbell, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Campbell. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

> Appellate attorney:  Michael Robbins (SBN:16984600)
> Date of Opinion and Judgment: February 4, 2015
> Date notification mailed to Appellant: February 4, 2015
> Certified mail number: 7011 1150 0002 0439 3034
> Date return receipt received by the undersigned attorney: February 9, 2015.

Sincerely yours,

MICHAEL ROBBINS
Assistant Appellate Public Defender

Attachment
MR/vmc

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> **GARY CAMPBELL #01969697**
> **GARZA WEST TRANSFER FACILITY**
> **4250 HIGHWAY 202**
> **BEEVILLE TX 78102**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Carol Evans*
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*  —  *Carol Evans*

C. Date of Delivery  —  2-6-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

7011 1150 0002 0439 3034

PS Form 3811, July 2013     Domestic Return Receipt